IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT.
DATE: 10-5-5
TIME: 10:28 AM
INITIALS: E

UNITED STATES OF AMERICA

v.

SONNY ADAM SHIELDS

04cr20254-1-D

## SUPERSEDING INDICTMENT
## ORDER ON ARRAIGNMENT

This cause came to be heard on ___10·05·05___ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME___Mike Scholl___ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1201(a) KIDNAPPING
(1) 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN

Attorney assigned to Case: T. Arvin

Age: 21

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-6-05

219

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 219 in case 2:04-CR-20254 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Bernice Donald
US DISTRICT COURT